UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SARASOTA TENNIS CLUB HOLDINGS, LLC,

    Plaintiff,

v.   CASE NO.  8:18-cv-884-T-17MAP

ROBERT MITCHELL and EXCHANGE
RESOURCES, INC.,

    Defendants.
_____/

## AMENDED NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing is scheduled for the date and time set forth below.

Please govern yourselves accordingly.

DATE:     April 26, 2018

TIME:     10:00 a.m.

PLACE:    Sam Gibbons United States Courthouse, 801 N. Florida Avenue, Courtroom 11B, Tampa, FL 33602

TYPE OF
HEARING:  STATUS CONFERENCE

    /s Dana Kanfer
    Dana S. Kanfer
    Law Clerk to Honorable Mark A. Pizzo
    (813) 301-5011

**INSTRUCTIONS to participate in telephone conference:**

1. Prior to the start time of your hearing, call AT&T Toll Free Meeting Number, **1-888-684-8852**

2. Enter the **Access Code, 7593847 followed by the # key**.  You will be asked to press the **# key** once again to join the conference as a participant, and then placed on hold until the Court Host activates the conference call.

3.  You will be asked to enter the **Security Code, 18884 followed by the # key**.  The system will confirm the number entered, and ask you to either accept (press 1) or re-enter (press 2).  All participants must enter the security code followed by the # key and accept (press 1) to be entered into the conference call.  The security code needs to be entered only once unless it is entered incorrectly the first time.

Date:           April 25, 2018